EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Integración de Salas de Verano | 2022 TSPR 71 <br><br> 209 DPR ____ |

Número del Caso: ES-2022-01


Fecha: 8 de junio de 2022


Materia: Integración de Salas de Verano.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

INTEGRACIÓN DE SALAS DE VERANO          ES-2022-01

RESOLUCIÓN

En San Juan, Puerto Rico, a 8 de junio de 2022.

De conformidad con la Regla 4(d) del Reglamento de este Tribunal, 4 LPRA Ap. XXI-B, culminada la presente sesión, se constituyen las salas siguientes para funcionar durante el receso de verano:

Del 1 de julio al 14 de agosto de 2022:

Hon. Rafael L. Martínez Torres, Presidente
Hon. Mildred G. Pabón Charneco
Hon. Edgardo Rivera García
Hon. Ángel Colón Pérez

Del 15 de agosto al 30 de septiembre de 2022:

Hon. Maite D. Oronoz Rodríguez, Presidenta
Hon. Erick V. Kolthoff Caraballo
Hon. Roberto Feliberti Cintrón
Hon. Luis F. Estrella Martínez

De surgir un empate en la votación de alguna de las Salas de Despacho, se designará a otra Jueza u otro Juez que no forme parte de esa Sala.

El Tribunal continuará certificando Opiniones y Sentencias durante este periodo.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


                                    Javier O. Sepúlveda Rodríguez
                                    Secretario del Tribunal Supremo